JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID MICHAEL GRENELL, | ) | No. 5:23-cv-01254-MRW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] JUDGMENT OF** |
| | ) | **REMAND** |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having approved the parties' Stipulation,  IT IS HEREBY

ORDERED, ADJUDGED AND DECREED that the above-captioned action is

remanded to the Commissioner of Social Security pursuant to sentence four of

42 U.S.C. § 405(g).


DATED:   10/30/2023

THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1